ACCEPTED
01-15-00527-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 4:31:00 PM
CHRISTOPHER A. PRINE
CLERK

6/5/2015 11:32:01 AM
Chris Daniel - District Clerk Harris County
Envelope No. 5363060
By: DOROTHY GIBBONS
Filed: 6/5/2015 11:32:01 AM

## CAUSE NO. 2010-71771

| | | |
|---|---|---|
| EWB-I, LLC,<br>a California Limited Liability Company | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§ | HARRIS COUNTY, TEXAS |
| SHARPSTOWN MALL TEXAS, LLC,<br>a Delaware Limited Liability Company | §<br>§<br>§ | 215TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 4:31:00 PM
CHRISTOPHER A. PRINE
Clerk

### Plaintiff's Notice of Appeal

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff EWB-I, LLC desires to appeal from the Final Judgment signed by the Court on March 11, 2015, as well as all prior interlocutory orders of the Court referenced in and/or merged into the Final Judgment.

Plaintiff appeals to either the First or Fourteenth Court of Appeals.

Plaintiff has not previously filed a related appeal or original proceeding in either the First or Fourteenth Court of Appeals.

513738.2

Respectfully submitted,

SIEGMYER, OSHMAN & BISSINGER LLP

By:     */s/ David K. Bissinger*
    David K. Bissinger
    State Bar No. 00790311
    Gerald S. Siegmyer
    State Bar No. 18343300
    Jason E. Williams
    State Bar No. 24047113
    2777 Allen Parkway, Tenth Floor
    Houston, Texas 77019
    Telephone: (713) 524-8811
    Facsimile: (713) 524-4102
    dbissinger@bizlawhouston.com
    gsiegmyer@bizlalwhouston.com
    jwilliams@bizlawhouston.com

SMYSER KAPLAN & VESELKA, LLP

By:     */s/ Justin Waggoner*
    Justin Waggoner
    State Bar No. 24003122
    700 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 221-2325
    Facsimile: (713) 221-2320
    jwaggoner@skv.com

ATTORNEYS FOR PLAINTIFF EWB-I, LLC

513738.2

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on the following counsel by email and U.S. certified mail, return receipt requested, on the 5th day of June, 2015:

Davis Bradford
Dobrowski L.L.P.
4601 Washington Ave., Suite 300
Houston, Texas 77007

Attorney for Sharpstown Mall Texas, LLC and PlazAmericas Mall Texas, LLC

Kim Moore
Attorney at Law
2727 LBJ Freeway, 610
Dallas, Texas 75234

Patrick McGettigan
Jones Gill LP
6363 Woodway, Suite 1100
Houston, Texas 77057

Attorney for Smith FLP, LTD

Bryan Wick
Meredith Perry
Wick Phillips Gould & Martin, LLP
2100 Ross Avenue, Ste. 950
Dallas, Texas 75201

Attorney for LG Sharpstown Bellaire, LLC

Cole B. Conkling
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002

Attorney for Mai & Matthew, R.E.I., Inc.

Keith S. Donati
Kochman, Donati & Charbonnet, LLP
12012 Wickchester, Suite 310
Houston, TX 77079

Attorney for CCW, LLC

James R. Robichaux
Branscomb, PC
802 Carancahua, Suite 1900
Corpus Christi, TX 78470

Attorney for Burlington Coat Factory Realty of Bellaire, Inc.

*/s/ Justin Waggoner*
Justin Waggoner

513738.2